UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00243-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEBRA K. SCHULTE,

        Defendant.

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

**IT IS ORDERED** that the Final Trial Preparation Conference set for Thursday, August 9, 2007 at 4:00 p.m. is **RESET** to Thursday, August 9, 2007 at 11:00 a.m.

Dated this 7th day of August, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge